UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:16-CR-_154-MO_ |
| v. | MISDEMEANOR INFORMATION |
| DEVONTRE JAMES THOMAS, | 21 U.S.C. §844(a) |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
(Possession of Marijuana)
(21 U.S.C. § 844(a))

On or about March 24, 2015, in the District of Oregon, defendant DEVONTRE JAMES THOMAS knowingly and intentionally possessed marijuana, a Schedule I controlled substance;

In violation of Title 21, United States Code, Section 844 (a).

Dated this 7th day of April 2016.

BILLY J. WILLIAMS, OSB # 901366
United States Attorney
District of Oregon

JENNIFER J. MARTIN, OSB # 84285
Assistant United States Attorney